# United States District Court

SOUTHERN DISTRICT OF NEW YORK

The Annuity, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers Local 15, 15A, 15C & 15D, AFL-CIO et al.

V.

Forest Builders Supply LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**08 CIV. 3703**

JUDGE CASTEL

TO: (Name and address of defendant)

Forest Builders Supply LLC
74-02 Forest Avenue
Ridgewood, New York 11385

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRADY McGUIRE & STEINBERG, P.C.
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706

an answer to the complaint which is herewith served upon you, within ____Twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon

CLERK

(BY) DEPUTY CLERK

APR 1 8 2008

DATE

| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT | |
|---|---|---|
| DOCUMENTS SERVED WITH INDEX#: 08CIV.3703 | AND FILED ON | 4/18/2008 |

THE ANNUITY, WELFARE AND APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 15, 15A, 15FC & 15D,    Plaintiff(s)/Petitioner(s)

Vs.

FOREST BUILDERS SUPPLY LLC    Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 5/2/2008 at 10:34AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT
Party Served: FOREST BUILDERS SUPPLY LLC    (herein called recipient) therein named.
At Location: 74-02 FOREST AVENUE
RIDGEWOOD NY 11385

By delivering to and leaving with JANE SCHERRIF and that deponent knew the person so served to be the MANAGING AGENT of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: WH    Color of Hair: BLOND
Age: 43    Height: 5'7"
Weight: 146    Other Features:

Sworn to before me on 5/5/2008

Eric Averbach
Server's License#: 918927

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010