UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP
SKILL IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D,
AFL-CIO, by its TRUSTEES JAMES T. CALLAHAN,        Case No. 08 CV 3703 (PKC)
ROBERT SHAW, RUSSELL SHAW and
CHRISTOPHER WARD, and JOHN and JANE DOE,
as Beneficiaries of the ANNUITY, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT &
SAFETY FUNDS of the INTERNATIONAL UNION            **NOTICE OF APPEARANCE**
OF OPERATING ENGINEERS, LOCAL 15, 15A,
15C and 15D, AFL-CIO,

         Plaintiffs,

  -against-           *Electronically Filed via ECF*

FOREST BUILDERS SUPPLY LLC,

        Defendant.
------------------------------------------------------------------------X

  **PLEASE TAKE NOTICE** that Stephen D. Hans of the law firm of Stephen D. Hans & Associates, P.C. hereby appears as counsel for the Defendant FOREST BUILDERS SUPPLY LLC in the above-captioned action.

Dated: Long Island City, New York
    June 8, 2008

            STEPHEN D. HANS & ASSOCIATES, P.C.

         By: /s/
           Stephen D. Hans (SH-0798)
           45-18 Court Square, Suite 403
           Long Island City, New York 11101
           Tel: 718.275.6700
           Fax: 718.275.6704
           Email: shans@hansassociates.com
           *Attorneys for the Defendant*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on June 8, 2008, I caused a true and correct copy of the foregoing Notice of Appearance to be electronically filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

James M. Steinberg, Esq.
BRADY MCGUIRE & STEINBERG, P.C.
603 Warburton Avenue
Hastings-On-Hudson, New York 10706
Tel: 914.478.4293
Email: james.steinberg4@verizon.net
*Attorneys for the Plaintiffs*

/s/
Stephen D. Hans (SH-0798)