**MEMO ENDORSED**

# STEPHEN D. HANS & ASSOCIATES, P.C.
ATTORNEYS AT LAW
45-18 Court Square, Suite 403
Long Island City, New York 11101
www.hansassociates.com

Tel: 718.275.6700
Fax: 718.275.6704

Stephen D. Hans
shans@hansassociates.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

June 12, 2008

*VIA FACSIMILE 212-805-7949*

Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Rm 2260
New York, New York 10007

*[Handwritten endorsement: Conference adjourned to July 18, 2008 at 9:30 a.m. SO ORDERED. /s/ 6-12-08]*

Re: The Annuity, Welfare and Apprenticeship Skill Improvement & Safety
Funds of the I.U.O.E. Local 15 v. Forest Builders Supply LLC
Civil Case No. 08-CIV-3703 (PKC)

Dear Judge Castel:

I recently filed my Notice of Appearance on the above referenced matter. This matter is scheduled for a Conference tomorrow, June 13, 2008 at 12:45 p.m. The Plaintiff's attorney, James M. Steinberg, has agreed to meet with me tomorrow since our settlement discussions are proving to be valuable, and I believe that we will resolve this matter.

Both attorneys are respectfully requesting that this Conference scheduled for tomorrow at 12:45 p.m. be adjourned for at least 30 days. We feel confident that this matter will be resolved prior thereto.

Sincerely,

Stephen D. Hans

SDH/ek

cc:   James M. Steinberg (via facsimile 914-478-4142)