# STEPHEN D. HANS & ASSOCIATES, P.C.

ATTORNEYS AT LAW
45-18 COURT SQUARE, SUITE 403
LONG ISLAND CITY, NEW YORK 11101
WWW.HANSASSOCIATES.COM

TEL: 718.275.6700　　　　　　　　　　　　　　　　　　　　　　　FAX: 718.275.6704

Stephen D. Hans
Tel: 718.275.6700 x 204
shans@hansassociates.com

June 13, 2008

*VIA ECF*

Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

　　Re:　**The Annuity, Welfare, Apprenticeship Skill Improvement and Safety Funds of the I.U.O.E. Local 15 v. Forest Builders Supply LLC**
　　　　**Civil Case No. 08 CV 3703 (PKC)**

Dear Judge Castel:

　　Attached is a copy of a Stipulation signed by counsel for all parties to this action seeking an extension of time until July 10, 2008 for the Defendant to respond to the Plaintiffs' Complaint. No such requests for an extension of time have been previously made.

　　The Defendant respectfully requests that this Stipulation be "So Ordered" by the Court.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　Stephen D. Hans (SH-0798)

SDH/ml
**Attachment**

cc:　James M. Steinberg, Esq. (via ecf)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE ANNUITY, WELFARE, APPRENTICESHIP
SKILL IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D,
AFL-CIO, et al.,

Case No. 08 CV 3703 (PKC)

**STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO THE PLAINTIFFS' COMPLAINT**

Plaintiffs,

*Electronically Filed via ECF*

-against-

FOREST BUILDERS SUPPLY LLC,

Defendant.
------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiffs and the Defendant, subject to the approval of the Court, that the Defendant's time to answer, move against or otherwise respond to the Complaint in this case is extended to, and includes, July 10, 2008. The Defendant hereby waives any defense based upon lack of personal jurisdiction.

BRADY McGUIRE & STEINBERG, P.C.

By: _____
James M. Steinberg (JS-3515)
603 Warburton Avenue
Hastings-On-Hudson, New York 10706
Tel: 914.478.4293
*Attorneys for the Plaintiffs*

Dated: June 10, 2008
       New York, New York

STEPHEN D. HANS & ASSOCIATES, P.C.

By: _____
Stephen D. Hans (SH-0798)
45-18 Court Square, Suite 403
Long Island City, New York 11101
Tel: 718.275.6700
*Attorneys for the Defendant*

SO ORDERED:

_____
P. KEVIN CASETL
United States District Judge

1