```
                                                    ┌─────────────────────────────┐
                                                    │ SDS SDNY                    │
                                                    │ DOCUMENT      (ASTEL)       │
                                                    │ ELECTRONICALLY FILED        │
                                                    │ DOC #: _____        │
UNITED STATES DISTRICT COURT                        │ DATE FILED: 6/18/08         │
SOUTHERN DISTRICT OF NEW YORK                       └─────────────────────────────┘
------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP
SKILL IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING                    Case No. 08 CV 3703 (PKC)
ENGINEERS, LOCAL 15, 15A, 15C and 15D,
AFL-CIO, et al.,                                    STIPULATION EXTENDING
                                                    DEFENDANT'S TIME TO
                        Plaintiffs,                 RESPOND TO THE
                                                    PLAINTIFFS' COMPLAINT
            -against-
                                                    Electronically Filed via ECF
FOREST BUILDERS SUPPLY LLC,

                        Defendant,
------------------------------------X
```

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiffs and the Defendant, subject to the approval of the Court, that the Defendant's time to answer, move against or otherwise respond to the Complaint in this case is extended to, and includes, July 10, 2008. The Defendant hereby waives any defense based upon lack of personal jurisdiction.

BRADY McGUIRE & STEINBERG, P.C.              STEPHEN D. HANS & ASSOCIATES, P.C.

By: _____                  By: _____
James M. Steinberg (JS-3515)                 Stephen D. Hans (SH-0796)
603 Warburton Avenue                         45-18 Court Square, Suite 403
Hastings-On-Hudson, New York 10706           Long Island City, New York 11101
Tel: 914.478.4293                            Tel: 718.275.6700
*Attorneys for the Plaintiffs*               *Attorneys for the Defendant*

Dated: June 10, 2008
       New York, New York

                                             SO ORDERED:

                                             _____
                                             P. KEVIN CASTEL
                                             United States District Judge
                                             6-17-08

1