UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x
The Annuity, Welfare and Apprenticeship
Skill Imporvement & Safety Funds of
I.U.O.E. Local 15

        Plaintiff,

    -against-

Forest Builders Supply, LLC

        Defendant
_____x

08 Civ. 3703 (PKC)

**ORDER OF DISMISSAL**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08

The Court having been advised that all claims asserted herein have been settled, it is

**ORDERED**, that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty (30) days if the settlement is not consummated. Any pending motions are moot.

_____
P. Kevin Castel
**United States District Judge**

Dated: New York, New York
      July 17, 2008